UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mikkel S. Aaes, Safvan Adam, Okeedo Alexander, Mostafa Allami, John Allen, Birgitta Garpe Amundsen, Roger Andersson, Muhammad Asif, John Rawlinson Atkin, Ulrich Bangerter, Saima Bashir, Deborah Bentley, Trevor John Beynon, Andrew Blackburn, Anton Blonk, Stephen Bolsin, Anne Botting, Andrew Brewer, Simon Brochu, Adrian L. Burca, Graham Butterworth, Alan Frederick Bye, Lester JustinClement, Denroy Cole, Gabrielle N. Collins, Robert Coulston, Donnan Cullen, Esther Dabek, Laurence Daly, Martin Debruyn, Henry Dziuba, Poul Seest Egly, Bjorn Eia, Mohd Elayyan, Hakan Elmaci, David James Ericson, Rolf E. Ernst, Kristian Fjeld, Terrence L. Fortune, Oliver Gaschler, Darren Gaymer, Tony Gethin, Sanjay Gorasia, Jeanine Arthur Graham, Djamel Hamel, John Hanrahan, Allan Holmboe Hansen, Lee Hardick,Alastair Harrow, Michael Hartley, Francesca Huatjuk, Botan Hourami, Gwilym Hughes, Fifita Imbriano,Michael Jones, Josh Kassulke, Michael Kayes, Mike Keane, Kevin Kenneally, Peter Kisel, Nathan Kopp, Hermann K Kuhn, Elizabeth Njerri Lawrence, Martin Loffler, Barrie Thomas Mackie, Richard Massey, Michael Maynard, Francis McGrath, Jerome Middleton, John Boyd Miller, Abdul Mohammed, Graham Morris,Ruth Morton, Jorgen Mielsen, Kaj Olsen, John C. Orr, Christopher Gerard Page, Donald Walter parker, Ivan Parker, Alec Pereira, John Phillips, Mario Domingos Pitra, Richard Pope, Chris Quinn, Dan Quirke, Gordon Rendell, Stig-Ake Roting, Ali Roundtree, Michelangelo Rubini, Barry Willliam George Sauer, Ken Shevill, Jamie Shohet, Brian Smith, Mark Smith, Andrew Stidston, Frederick Bryan Stonham, Joanne Stuttle, Shane Thatcher, Nicholas Thelan, Barbara Joyce Eekhout Toettcher, Jennifer Toettcher, Nigel Turner, Brett J. Tyack, Adrian Gabriel Van Amstel, Petri § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:11-CV-975 |

| | |
|---|---|
| Venhomaa, Colin Verstrepen, Stephen Wai, Naeem Waka, John Wallington, Jason Waterall, Andrew Webb, Carlton Webster, Robert Wells, Ray Whelan, Graham Wilson, Alan Wong, Adam Wormald, Hjordis Yllner, Horace Young, Peter Young, Leanne Young, Omar Kazi Zafar | § § § § § § § § § |
| Plaintiffs, VS. | § § § |
| 4G Companies, 4G Private Equity, LLC; 4G Global Alternatives, LLC; 4G New Global Energy, LP; 4G Alternative Energy, LLC; EnerMax, Inc.; Seisma Oil Research, LLC; Justin Solomon; Bret Boteler; Steve Rackley; Brian Guinn; S. Lavon Evans, Jr.; Evans Energy LLC; S. Lavon Evans, Jr. Operating Co., Inc.; and Seisma Energy Research AVV a/k/a Seisma Oil Research AVV *et al*, | § § § § § § § § § § § § |
| Defendants. | |

## FINAL ORDER OF DISMISSAL

Pursuant to the Opinion and Order entered on this day, it is hereby

**ORDERED** that the motions to dismiss filed by Defendants, 4G Companies; 4G Private Equity, LLC; 4G Global Alternatives, LLC; 4G New Global Energy, LP; 4G Alternative Energy, LLC; EnerMax, Inc.; Seisma Oil Research, LLC; Justin Solomon; Bret Boteler; Steve Rackley; Brian Guinn; S. Lavon Evans, Jr.; Evans Energy LLC; S. Lavon Evans, Jr. Operating Co., Inc.; and Seisma Energy Research AVV a/k/a Seisma Oil Research AVV are **GRANTED.** It is further

**ORDERED** that this case filed by Plaintiffs, Mikkel S. Aaes, Safvan Adam, Okeedo Alexander, Mostafa Allami, John Allen, Birgitta Garpe Amundsen, Roger Andersson, Muhammad Asif, John Rawlinson Atkin, Ulrich Bangerter, Saima Bashir, Deborah Bentley,

Trevor John Beynon, Andrew Blackburn, Anton Blonk, Stephen Bolsin, Anne Botting, Andrew Brewer, Simon Brochu, Adrian L. Burca, Graham Butterworth, Alan Frederick Bye, Lester JustinClement, Denroy Cole, Gabrielle N. Collins, Robert Coulston, Donnan Cullen, Esther Dabek, Laurence Daly, Martin Debruyn, Henry Dziuba, Poul Seest Egly, Bjorn Eia, Mohd Elayyan, Hakan Elmaci, David James Ericson, Rolf E. Ernst, Kristian Fjeld, Terrence L. Fortune, Oliver Gaschler, Darren Gaymer, Tony Gethin, Sanjay Gorasia, Jeanine Arthur Graham, Djamel Hamel, John Hanrahan, Allan Holmboe Hansen, Lee Hardick,Alastair Harrow, Michael Hartley, Francesca Huatjuk, Botan Hourami, Gwilym Hughes, Fifita Imbriano,Michael Jones, Josh Kassulke, Michael Kayes, Mike Keane, Kevin Kenneally, Peter Kisel, Nathan Kopp, Hermann K Kuhn, Elizabeth Njerri Lawrence, Martin Loffler, Barrie Thomas Mackie, Richard Massey, Michael Maynard, Francis McGrath, Jerome Middleton, John Boyd Miller, Abdul Mohammed, Graham Morris,Ruth Morton, Jorgen Mielsen, Kaj Olsen, John C. Orr, Christopher Gerard Page, Donald Walter parker, Ivan Parker, Alec Pereira, John Phillips, Mario Domingos Pitra, Richard Pope, Chris Quinn, Dan Quirke, Gordon Rendell, Stig-Ake Roting, Ali Roundtree, Michelangelo Rubini, Barry Willliam George Sauer, Ken Shevill, Jamie Shohet, Brian Smith, Mark Smith, Andrew Stidston, Frederick Bryan Stonham, Joanne Stuttle, Shane Thatcher, Nicholas Thelan, Barbara Joyce Eekhout Toettcher, Jennifer Toettcher, Nigel Turner, Brett J. Tyack, Adrian Gabriel Van Amstel, Petri Venhomaa, Colin Verstrepen, Stephen Wai, Naeem Waka, John Wallington, Jason Waterall, Andrew Webb, Carlton Webster, Robert Wells, Ray Whelan, Graham Wilson, Alan Wong, Adam Wormald, Hjordis Yllner, Horace Young, Peter Young, Leanne Young, Omar Kazi Zafar is hereby **DISMISSED** with prejudice, and the case is **CLOSED**. Plaintiffs shall pay all costs of action.

**THIS IS A FINAL ORDER OF DISMISSAL.**

SIGNED at Houston, Texas, this 2oth day of March, 2013.

*[signature]*

MELINDA HARMON
UNITED STATES DISTRICT JUDGE