IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKKEL S. AAES, SAFVAN ADAM, OKEEDO ALEXANDER, MOSTAFA ALLAMI, JOHN ALLEN, BIRGITTA GARPE AMUNDSEN, ROGER ANDERSSON, MUHAMMAD ASIF, JOHN RAWLINSON ATKIN, ULRICH BANGERTER, SAIMA BASHIR, JOHN BEATTIE, DEBORAH BENTLEY, TREVOR JOHN BEYNON, ANDREW BLACKBURN, ANTON BLONK, STEPHEN BOLSIN, ANNE BOTTING, JEFF BOWES, ANDREW BREWER, SIMON BROCHU, ADRIAN L. BURCA, GRAHAM BUTTERWORTH, ALAN FREDERICK BYE, LESTER JUSTIN CLEMENT, DENROY COLE, GABRIELLE N. COLLINS, JOHN CORBETT, ROBERT COULSTON, ANDREW AND RICHARD CRON, DONNAN CULLEN, ESTHER DABEK, LAURENCE DALY, MARTIN DEBRUYN, HENRY DZIUBA, POUL SEEST EGLY, BJORN EIA, MOHD ELAYYAN, HAKAN ELMACI, DAVID JAMES ERICSON, ROLF E. ERNST, JOHN FEAVER, JESSI FELICIANO, KRISTIAN FJELD, TERRENCE L. FORTUNE, OLIVER GASCHLER, DARREN GAYMER, TONY GETHIN, SANJAY GORASIA, ANDY GORE, JEANINE ARTHUR GRAHAM, DJAMEL HAMEL, JOHN HANRAHAN, ALLAN HOLMBOE HANSEN, LEE HARDICK, ALASTAIR HARROW, MICHAEL HARTLEY, FRANCESCA HNATJUK, BOTAN HOURAMI, GWILYM HUGHES, FIFITA IMBRIANO, BRIAN IVORY, MIKE JONES, JASON KADAMA, JOSH KASSULKE, MICHAEL KAYES, MIKE KEANE, KEVIN KENNEALLY, PETER KISEL, NATHAN KOPP, HERMANN K. KUHN, ELIZABETH NJERRI LAWRENCE, ALLAN LINDBERG, MARTIN LOFFLER, LAURENCE LYNCH, BARRIE THOMAS MACKIE, RICHARD MASSEY, MICHAEL MAYNARD, FRANCIS MCGRATH, SHANE | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:11-cv-00975 |

| | |
|---|---|
| MCMONAGLE, JEROME MIDDLETON, JOHN BOYD MILLER, ABDUL MOHAMMED, GRAHAM MORRIS, RUTH MORTON, OSMAN MUNSHI, JORGEN NIELSEN, KAJ OLSEN, JOHN C. ORR, CHRISTOPHER GERARD PAGE, GLEN PALMER, COLIN PARKE, DONALD WALTER PARKER, IVAN PARKER, ALEC PEREIRA, JOHN PHILLIPS, MARIO DOMINGOS PITRA, RICHARD POPE, CHRIS QUINN, DAN QUIRKE, RUSSELL RAYNER, GORDON RENDELL, STIG-AKE ROTING, ALI ROUNDTREE, MICHELANGELO RUBINI, ABDUS SABUR, SAEED SAMI, BARRY WILLIAM GEORGE SAUER, KEN SHEVILL, JAMIE SHOHET, AMRIK SINDHAR, BRIAN SMITH, MARK SMITH, ANDREW STIDSTON, FREDERICK BRYAN STONHAM, JOANNE STUTTLE, THOMAS TATTAN, SHANE THATCHER, NICHOLAS THELAN, JENNIFER TOETTCHER, BARBARA JOYCE EEKHOUT TOETTCHER, NIGEL TURNER, BRETT J. TYACK, ADRIAN GABRIEL VAN AMSTEL, PETRI VENHOMAA, COLIN VERSTREPEN, STEPHEN WAI, NAEEM WAKA, JOHN WALLINGTON, JASON WATERALL, ANDREW WEBB, CARLTON WEBSTER, ROBERT WELLS, RAY WHELAN, GRAHAM WILSON, LENNOX WILSON, ALAN WONG, ADAM WORMALD, HJÖRDIS YLLNER, HORACE YOUNG, PETER AND LEANNE YOUNG, OMAR KAZI ZAFAR,<br>　　　　Plaintiffs<br><br>vs.<br><br>4G COMPANIES, 4G PRIVATE EQUITY, LLC, 4G GLOBAL ALTERNATIVES, LLC, 4G NEW GLOBAL ENERGY, LP, 4G ALTERNATIVE ENERGY, . LLC, ENERMAX, INC., SEISMA OIL RESEARCH, LLC, SEISMA ENERGY RESEARCH, AVV, A/K/A SEISMA OIL RESEARCH, AVV, JUSTIN SOLOMON, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

2

BRET BOTELER, STEVE RACKLEY, §
BRIAN GUINN, S. LAVON EVANS, JR., §
EVANS ENERGY, LLC, AND S. LAVON §
EVANS, JR. OPERATING CO., INC. §
    Defendants

## NOTICE OF APPEAL

Notice is hereby given that MIKKEL S. AAES, SAFVAN ADAM, OKEEDO ALEXANDER, MOSTAFA ALLAMI, JOHN ALLEN, BIRGITTA GARPE AMUNDSEN, ROGER ANDERSSON, MUHAMMAD ASIF, JOHN RAWLINSON ATKIN, ULRICH BANGERTER, SAIMA BASHIR, JOHN BEATTIE, DEBORAH BENTLEY, TREVOR JOHN BEYNON, ANDREW BLACKBURN, ANTON BLONK, STEPHEN BOLSIN, ANNE BOTTING, JEFF BOWES, ANDREW BREWER, SIMON BROCHU, ADRIAN L. BURCA, GRAHAM BUTTERWORTH, ALAN FREDERICK BYE, LESTER JUSTIN CLEMENT, DENROY COLE, GABRIELLE N. COLLINS, JOHN CORBETT, ROBERT COULSTON, ANDREW AND RICHARD CRON, DONNAN CULLEN, ESTHER DABEK, LAURENCE DALY, MARTIN DEBRUYN, HENRY DZIUBA, POUL SEEST EGLY, BJORN EIA, MOHD ELAYYAN, HAKAN ELMACI, DAVID JAMES ERICSON, ROLF E. ERNST, JOHN FEAVER, JESSI FELICIANO, KRISTIAN FJELD, TERRENCE L. FORTUNE, OLIVER GASCHLER, DARREN GAYMER, TONY GETHIN, SANJAY GORASIA, ANDY GORE, JEANINE ARTHUR GRAHAM, DJAMEL HAMEL, JOHN HANRAHAN, ALLAN HOLMBOE HANSEN, LEE HARDICK, ALASTAIR HARROW, MICHAEL HARTLEY, FRANCESCA HNATJUK, BOTAN HOURAMI, GWILYM HUGHES, FIFITA IMBRIANO, BRIAN IVORY, MIKE JONES, JASON KADAMA, JOSH KASSULKE, MICHAEL KAYES, MIKE KEANE, KEVIN KENNEALLY, PETER KISEL, NATHAN KOPP, HERMANN K. KUHN, ELIZABETH NJERRI LAWRENCE, ALLAN LINDBERG, MARTIN LOFFLER, LAURENCE LYNCH, BARRIE THOMAS MACKIE, RICHARD MASSEY, MICHAEL

MAYNARD, FRANCIS MCGRATH, SHANE MCMONAGLE, JEROME MIDDLETON, JOHN BOYD MILLER, ABDUL MOHAMMED, GRAHAM MORRIS, RUTH MORTON, OSMAN MUNSHI, JORGEN NIELSEN, KAJ OLSEN, JOHN C. ORR, CHRISTOPHER GERARD PAGE, GLEN PALMER, COLIN PARKE, DONALD WALTER PARKER, IVAN PARKER, ALEC PEREIRA, JOHN PHILLIPS, MARIO DOMINGOS PITRA, RICHARD POPE, CHRIS QUINN, DAN QUIRKE, RUSSELL RAYNER, GORDON RENDELL, STIG-AKE ROTING, ALI ROUNDTREE, MICHELANGELO RUBINI, ABDUS SABUR, SAEED SAMI, BARRY WILLIAM GEORGE SAUER, KEN SHEVILL, JAMIE SHOHET, AMRIK SINDHAR, BRIAN SMITH, MARK SMITH, ANDREW STIDSTON, FREDERICK BRYAN STONHAM, JOANNE STUTTLE, THOMAS TATTAN, SHANE THATCHER, NICHOLAS THELAN, JENNIFER TOETTCHER, BARBARA JOYCE EEKHOUT TOETTCHER, NIGEL TURNER, BRETT J. TYACK, ADRIAN GABRIEL VAN AMSTEL, PETRI VENHOMAA, COLIN VERSTREPEN, STEPHEN WAI, NAEEM WAKA, JOHN WALLINGTON, JASON WATERALL, ANDREW WEBB, CARLTON WEBSTER, ROBERT WELLS, RAY WHELAN, GRAHAM WILSON, LENNOX WILSON, ALAN WONG, ADAM WORMALD, HJÖRDIS YLLNER, HORACE YOUNG, PETER AND LEANNE YOUNG, OMAR KAZI ZAFAR, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final order and/or judgment entered in this action on the 20th day of March 2013, from the order granting defendants' motions to dismiss entered in this action on the 20th day of March 2012, and from the order denying Plaintiffs' Motion to Alter or Amend Final Order of Dismissal and/or for Relief from the Judgment entered in this action on the 23rd day of April 2013.

        Respectfully submitted,

        /s/ *Lori Hood*
        Lori Hood
        Texas State Bar No. 09943430
        919 Milam Street, Suite 1700
        Houston, Texas 77002
        (713) 222-2323 *(telephone)*
        (713) 222-2226 *(facsimile)*
        lhood@johnsontrent.com

        **ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**
David J. Coates
Texas Bar No. 00783844
S.D. Tex. Bar No. 18488
Douglas Pritchett, Jr.
Texas Bar No. 24007877
S.D. Tex. Bar No. 26262
JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam Street, Suite 1700
Houston, Texas 77002
(713) 222-2323 *(telephone)*
(713) 222-2226 *(facsimile)*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 22, 2013 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system or by certified mail, return receipt requested as indicated below.

Brad C. D'Amico                             *Via ECF*
CANTEY HANGER LLP
1999 Bryan Street, Suite 3300
Dallas, Texas 75201
***Attorney for EnerMax, Inc. &***
***Bret Boteler***

Bradley Earl Featherston                         *Via ECF*
THE MENDEL LAW FIRM, L.P.
1155 Dairy Ashford, Suite 104
Houston, Texas 77079
***Attorney for Evans Energy LLC,***
***S. Lavon Evans, Jr. Operating, Co., Inc. &***
***S. Lavon Evans Jr.***

Charlene Cantrell Koonce                        *Via ECF*
SCHEEF & STONE, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201
***Attorney for Steve Rackley***

David M. Scott                              *Via ECF*
ZIMMERMAN, AXELRAD, MEYER, STERN & WISE, P.C.
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
***Attorney for 4G Global Alternatives, LLC,***
***4G New Global Energy, LP,***
***4G Private Equity, LLC,***
***4G Alternative Energy LLC***

Brian Guinn                    *Via CM/RRR 7011 1570 0001 0118 9273*
7604 Valleen Drive
Plano, Texas 75024
***Pro Se***

Christopher Griffin                *Via CM/RRR 7011 1570 0001 0118 9280*
4804 Nocona Drive
Plano, Texas 75024
***Agent for 4G Defendants***

Justin Solomon  
1512 SE 12th Street  
Deerfield, Texas 33441  
***Pro Se***

*Via CM/RRR 7011 1570 0001 0118 9297*

      */s/ Lori Hood*  
      Lori Hood
