# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
March 13, 2014
Lyle W. Cayce
Clerk

No. 13-20290

D.C. Docket No. 4:11-CV-975

MIKKEL S. AAES; SAFVAN ADAM; OKEEDO ALEXANDER; MOSTAFA ALLAMI; JOHN ALLEN; ET AL,

        Plaintiffs - Appellants

v.

4G COMPANIES; 4G PRIVATE EQUITY, L.L.C.; 4G GLOBAL ALTERNATIVES, L.L.C.; 4G NEW GLOBAL ENERGY, L.P.; 4G ALTERNATIVE ENERGY, L.L.C.; ENERMAX, INCORPORATED; SEISMA OIL RESEARCH, L.L.C.; JUSTIN SOLOMON; BRET BOTELER; STEVE RACKLEY; BRIAN GUINN; S. LAVON EVANS, JR.; EVANS ENERGY, L.L.C.; S. LAVON EVANS, JR. OPERATING COMPANY, INCORPORATED; SEISMA ENERGY RESEARCH AVV, also known as Seisma Oil Research AVV,

        Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before JONES, SMITH, and OWEN, Circuit Judges.

## JUDGMENT

        This cause was considered on the record on appeal and the briefs on file.

        It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.


ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

2 2 APR 2014